# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| CARRIE KOVAL-BURT, individually, and on behalf of all others similarly situated, | Case No.: 3:21-cv-274 |
| Plaintiff, | Judge: Hon. David Novak |
| v. | |
| HAMILTON BEACH BRANDS, INC., | |
| Defendant. | |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff Carrie Koval-Burt files this Notice of Voluntary Dismissal of her claims against Defendant, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear their own costs.

Dated: July 12, 2021      Respectfully submitted,

by: */s/ Steven T. Webster*
**WEBSTER BOOK LLP**
STEVEN T. WEBSTER (VSB NO. 31975)
300 N. WASHINGTON ST. SUITE 404
Alexandria, VA 22314
Telephone: (888) 987-9991
swebster@websterbook.com

*Local Counsel for Plaintiff*

by: */s/ Casie D. Collignon*
**BAKER & HOSTETLER LLP**
CASIE D. COLLIGNON
1801 California St., Suite 4400
Denver, CO 80202
Telephone (303) 764-4037
ccollignon@bakerlaw.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven T. Webster*
Steven T. Webster