IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CARRIE KOVAL-BURT,
*on behalf of herself and all
others similarly situated*,
    Plaintiff,

v.                              Civil No. 3:21cv274 (DJN)

HAMILTON BEACH
BRANDS, INC.,
    Defendant.

## DISMISSAL ORDER

This matter comes before the Court on Plaintiff's Stipulation of Voluntary Dismissal with Prejudice (ECF No. 3). Based on the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiff against Defendant, with each party to bear their own fees and costs.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                  ____/s/_____
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Date: <u>July 13, 2021</u>